BEALL *v.* DOE on the Demise of BUTTERFIELD and Others.

ERROR to the *Ripley* Circuit Court.

*Per Curiam.*—Ejectment below by *Doe* on the demise of *Butterfield* and others against *John Beall*.   Recovery by the plaintiff of the land sued for.

Title was shown in the plaintiff's lessors—*Abel Butterfield, Caroline Butterfield, Richard Bush,* and *Adaline Bush.* The defendant then gave in evidence, the power of attorney from said persons to *Jonathan C. Wright*, which is set out in the opinion in the case of *Butterfield et al.* v. *Beall,* at the present term of this Court (1).   And, also, the deed of conveyance set out in the same opinion from said *Wright,* under said power, to the above-named *Beall.* The Court gave judgment for the plaintiff below in this case on the ground that said deed conveyed nothing to *Beall.*   We have decided in the case above named that said deed did convey the legal title to *Beall,* and, as he was in possession, the judgment against him was erroneous.

The judgment is reversed, with costs.   Cause remanded, &c.

*E. Dumont,* for the plaintiff.

*J. Ryman,* for the defendant.

(1) See the next preceding case.